UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sergei Lemberg,<br><br>        Plaintiff,<br>v.<br><br>Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan a/k/a Prophet Manasseh Jordan a/k/a Caller From 347-577-9901, 347-449-8898,<br><br>        Defendant. | Civil Action No.:<br><br>COMPLAINT |

For this Complaint, Plaintiff, Sergei Lemberg, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

3. Plaintiff, Sergei Lemberg ("Plaintiff"), is an adult individual residing in Greenwich, Connecticut, and is a "person" as defined by 47 U.S.C.A. § 153(39).

4. Defendant Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan a/k/a Prophet Manasseh Jordan a/k/a Caller From 347-577-9901, 347-449-8898 ("Defendant"), is a Texas business entity with an address of 779 Normandy Street, Suite 125, Houston, Texas 77015, and is a "person" as defined by 47

U.S.C.A. § 153(39).

## FACTS

5. In or around January 2014, Defendant began calling Plaintiff's cellular telephone number, 917-xxx-3192, using an automatic telephone dialing system ("ATDS") and by using an artificial or prerecorded voice.

6. When Plaintiff answered the calls from Defendant, he heard a prerecorded message promising to deliver God's message in exchange for a "seed" donation of $48.48.

7. Plaintiff has no business relationship with Defendant and never requested by written agreement or otherwise that he be contacted by Defendant.

8. Plaintiff never provided his cellular telephone number to Defendant and never provided his consent to Defendant to be contacted on his cellular telephone.

9. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et. seq.*

10. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. Without prior express consent, Defendant contacted Plaintiff on his cellular telephone using an ATDS and by using an artificial or prerecorded voice, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

12. Defendant placed these calls knowing that it lacked consent to call Plaintiff. As such, each call placed to Plaintiff was made in knowing and/or willful

violation of the TCPA, and is subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

13. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

C. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: February 26, 2014**

Respectfully submitted,

By  */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintiff