UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Job #: 140191

Attorney: Lemberg & Associates, LLC  PH: 203 653 2250
Address: 1100 Summer Street, 3rd Floor Stamford, CT 06905

| Sergei Lemberg | |
|---|---|
| | Index Number: 3:14 CV 00240 MPS |
| vs  *Plaintiff* | Date Filed: |
| Manasseh Jordan Ministries | Client's File No.: 3445 003 |
| *Defendant* | Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
Juan Pereira, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 3/11/2014, at 12:24 PM at: 708 3rd Avenue 6th Floor, NY, NY 10011 Deponent served the within Summons Complaint

On: Yakkim Jordan Manasseh, therein named.

☐ #1 INDIVIDUAL
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ #2 SUITABLE AGE PERSON
By delivering thereat a true copy of each to (Consultant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #3 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ #4 Corporation or Partnership or Trust or LLC
By delivering thereat a true copy of each to Frank Gulino personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Consultant thereof.

☒ #5 MAILING
On 3/13/2014, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ #6 DESCRIPTION
Sex: Male          Color of skin: White          Color of hair: Gray     Glasses:
Age: 50-65         Height: Over 6ft              Weight: Over 200 Lbs.   Other Features: This is a virtual office suite and subject is rarely

☒ #7 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #8 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #9 OTHER

Sworn to before me on 3/14/2014

_Robert J. Monteleone_
Robert J. Monteleone
NOTARY PUBLIC STATE OF NEW YORK
No. 02M06010691
Qualified in Suffolk County
My Commission Expires October 16, 2014

_Juan Pereira_
Juan Pereira
0862954

Service received from NY Server LLC 218 Main St #382 East Setauket NY 11733 631 788 8021 NYC DCA 1355424 o/b/o
*NY SERVER LLC  218 MAIN ST #382 EAST SETAUKET NY 11733 877 358 4515*