UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Sergei Lemberg,**<br><br>　　　　　　**Plaintiff,**<br>　v.<br><br>**Manasseh Jordan Ministries a/k/a Yakim Manasseh Jordan a/k/a Prophet Manasseh Jordan a/k/a Caller From 347-577-9901, 347-449-8898,**<br><br>　　　　　　**Defendants.** | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:14-cv-00240-MPS<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to F℡. R. Cɪᴠ. P. 41(a) within 30 days.

**Dated April 4, 2014**

　　　　　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF, Sergei Lemberg**

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Sergei Lemberg**

　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

**I hereby certify that on April 4, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**