**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Sergei Lemberg,** | : |
| | : |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| | : **Civil Action No.:  3:14-cv-00240-MPS** |
| **Manasseh Jordan Ministries a/k/a** | : |
| **Yakim Manasseh Jordan a/k/a Prophet** | : |
| **Manasseh Jordan a/k/a Caller From** | : |
| **347-577-9901, 347-449-8898,** | : |
| | : |
| **Defendants.** | |

### PLAINTIFF'S MOTION TO EXTEND DEADLINES

Plaintiff, Sergei Lemberg, respectfully submits the following Motion to Extend the Deadline to File Dismissal.  In support of this motion Plaintiff states as follows:

1.      Pursuant to the Court's April 7, 2014 Text Only Order the parties are directed to file a notice of dismissal on or before May 7, 2014.

2.      Despite the parties' diligent efforts, settlement has not yet been completed.  The parties anticipate that the settlement will be consummated by September 30, 2014.  Therefore Plaintiff requests that the Court extend the deadline to file dismissal papers to September 30, 2014.

3.      This extension will not cause undue delay, as the parties have agreed to settlement terms and request that they be allowed to file a dismissal when the settlement is consummated.

4.      This is Plaintiff's first request to extend this deadline.

WHEREFORE, Plaintiff respectfully requests that the Court extend

Plaintiff's deadline to file a notice of dismissal to an including September 30,

2014.


Dated: May 7, 2014

Respectfully submitted,

  /s/  Sergei Lemberg, Esq.
Sergei Lemberg
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and a true and correct copy has been sent via first class mail, postage pre-paid to the following:


Robert A. Seibel, Esq.
Law Office of Robert A. Seibel, P.A.
3019 B Exeter Drive
Boca Raton, FL 33434
Attorney for Defendant

By /s/ Sergei Lemberg
Sergei Lemberg